IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AUDREY LEFFLER, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | NO. 16-1443 |
| vs. | : | |
| | : | |
| CREATIVE HEALTH SERVICES, INC., et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 29th day of September, 2017, upon consideration of the Defendants' Motion for Summary Judgment (Dkt. No. 37), Plaintiffs' Opposition (Dkt. No. 42), Defendants' Reply Brief (Dkt. No. 45), and in accordance with the accompanying Memorandum,

**IT IS ORDERED** that the Defendants' Motion is **GRANTED with prejudice** as to Plaintiffs' claims for violations of the Fair Labor Standards Act and ERISA (Counts I-II, VIII).

**IT IS FURTHER ORDERED** that the remaining state court claims (Counts III-VII) are **DISMISSED without prejudice** for Plaintiffs to reassert those claims in state court.

**IT IS FURTHER ORDERED** that all remaining motions (Dkt. Nos. 36, 47, 48, 67 and 68) are **DISMISSED** as moot.

The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN,
United States Magistrate Judge